**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 410 EAL 2019

           Respondent             :

                                       :   Petition for Allowance of Appeal

                                       :   from the Order of the Superior Court

           v.                     :

                                       :

ROBERT HALL,                         :

           Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 4th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.